AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:20-M -00020(1) |
| | § |
| (1) Jonathan Jesus Acosta-Gomez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 31, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Jonathan Jesus ACOSTA-Gomez, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Houston, Tx on 07/25/2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Jonathan Jesus ACOSTA-Gomez, was arrested by Border Patrol Agents, on December 31, 2019 for being an alien illegally present in the United States. Investigation*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Velez, Gregorio
BPA

01/03/2020                              at   DEL RIO, Texas
File Date                                    City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:20-M -00020(1)

(1) Jonathan Jesus Acosta-Gomez

**Continuation of Statement of Facts:**

and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 07/25/2017 through Houston, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  _____
Signature of Judicial Officer  Signature of Complainant